# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00517-CV

**Ronald Wayne Charles, Appellant**

**v.**

**Dora Alicia Charles, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT
### NO. 184,150-A, HONORABLE GORDON G. ADAMS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Advising that the parties have since resolved the issue giving rise to this appeal, appellant Ronald Wayne Charles has filed an unopposed motion to dismiss. We grant Charles's motion and dismiss the appeal.[1]

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton, and Field

Dismissed on Appellant's Motion

Filed: September 24, 2014

---

[1] *See* Tex. R. App. P. 42.1(a)(1).